## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Richard Pacheco

                             Plaintiff,

v.                                       Case No.: 1:13–cv–08514
                                       Honorable Ronald A. Guzman

Professional Recovery Services, Inc.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2014:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: The parties jointly called the Court to request a modified schedule for the exchange of their settlement letters. Pro se Plaintiff contacted Defendant requesting additional time to deliver his settlement letter. Defendant does not object to the additional time but would like the equivalent amount of time to respond. Accordingly, Plaintiff's settlement letter shall be delivered to Defendants, with a copy to the Court in chambers, on or before 4/4/14. Defendants' settlement letter shall be delivered to Plaintiff, with a copy to the Court in chambers, on or before 4/18/14. The dates set in the Court's previous Order on 3/20/14 [25] for the pre–settlement telephone call and the settlement conference shall stand.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.